UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP, <br><br> Plaintiff, <br><br> v. <br><br> SIBEL PRODUCTS, INC. and MICHAEL E. SEIBERT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Case No.  09-cv-512-JPG |

## CONSENT JUDGMENT

This matter coming before the Court on Plaintiff LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP's Complaint, all parties having been given due notice and this Court being duly advised in the premises, it is hereby found that Defendants SIBEL PRODUCTS, INC. and MICHAEL E. SEIBERT have waived their right to trial and have consented to judgment being entered against them and in favor of LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP, as set forth below.

IT IS HEREBY ORDERED that judgment is entered in favor of LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP and against SIBEL PRODUCTS, INC. and MICHAEL E. SEIBERT, jointly and severally, in the amount of $100,848.00, plus pre-judgment interest of $10,674.30 (8% per annum, calculated from the date of default of December 26, 2008), plus attorney's fees of $5,160.00, plus costs of $381.90, for a TOTAL JUDGMENT AMOUNT OF $117,064.20.

IT IS HEREBY ORDERED that, in light of SIBEL PRODUCTS, INC.'s and MICHAEL E. SEIBERT's contentions that they have transferred, without LYON FINANCIAL SERVICES, INC.'s consent, the equipment that is the subject of the Complaint to a company in Asia and are no longer in possession of said equipment, the Complaint's counts for replevin and detinue are hereby dismissed without prejudice as moot.

                **NANCY J. ROSENSTENGEL**

                **By:s/Deborah Agans, Deputy Clerk**

**Dated: May 5, 2010**

**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**